912

*Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 210. EPSTEIN ET AL., DOING BUSINESS AS TOP MODE MANUFACTURING CO., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Samuel A. Schreckengaust, Jr.* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Harvey B. Diamond* for respondent.

No. 483. UNITED STATES GYPSUM CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Charles M. Price* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 490. P. DOUGHERTY CO. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Christopher E. Heckman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Leavenworth Colby* and *Hubert H. Margolies* for the United States.

No. 502. AMERICAN FIRE & CASUALTY CO. *v.* FINN. C. A. 5th Cir. Certiorari denied. *Austin Y. Bryan, Jr.* and *David Bland* for petitioner.

No. 504. SWITZER BROTHERS, INC. ET AL. *v.* LOCKLIN ET AL., DOING BUSINESS AS RADIANT COLOR CO. C. A. 7th Cir. Certiorari denied. *Albert L. Ely, Jr.* for petitioners. *Stephen S. Townsend* and *Carl Hoppe* for respondents.